WINSTON TAYLOR.

200 Park Avenue
New York, NY 10166-4193
+1 (212) 294-6700

**Aldo Badini**
Partner
+1 (212) 294-4601
Aldo.Badini@winstontaylor.com

November 9, 2026

**VIA ACMS**

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Orellana Castaneda v. County of Suffolk*, Case No. 26-2059

Dear Ms. O'Hagan Wolfe:

I write on behalf of Plaintiffs-Appellees in the above-referenced appeal. I write to respectfully request, pursuant to Second Circuit Local Rule 31.2(a)(1)(B), that the Court set February 4, 2027, as the deadline for Plaintiffs-Appellees to submit a response brief. This deadline is 91 days from November 5, 2026, when Defendants-Appellants filed their opening brief.

Thank you for your attention to the foregoing.

Respectfully submitted,

*/s/ Aldo A. Badini*
Aldo A. Badini

cc: All Counsel of Record (by ACMS)